ACCEPTED
12-15-00237-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/6/2015 3:48:33 PM
Pam Estes
CLERK

## NO. 12-15-00237-CR

| | | |
|---|---|---|
| **APRIL ALLISON POWERS** | § | **IN THE TWELFTH** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/6/2015 3:48:33 PM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes April Allison Powers, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 145TH Judicial District Court of Nacogdoches County, Texas.

2.      The case below was styled the *State of Texas vs. April Allison Powers*, and numbered F1421312.

3.      Appellant was convicted of Vehicle Involved in Accident.

4.      Appellant was assessed a sentence of 25 years in prison on June 12, 2015.

5.      Notice of appeal was given on September 8, 2015.

6.      The clerk's record was filed on October 9, 2015; the reporter's record was filed on September 22, 2015.

7.      The appellate brief is presently due November 9, 2015.

8.      Appellant requests an extension of time of 30 days from the date a complete appellate record is filed.

9.      No previous extensions to file Appellant's brief have been requested.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Pursuant to TEX. R. APP. P. 34.6(c),(d), Appellant has requested the Nacogdoches County District Clerk and the Official Court Reporter of 145TH Judicial District Court to supplement the Clerk's Record and Reporter's Record. *See* Exhibits A, B. Appellant requested that the record include a copy of the presentence investigation report. The current record excludes what may be a crucial document requested in Appellant's Designation. Accordingly, it is impossible to prepare Appellant's brief until such time as the Record has been supplemented with the missing document.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICES OF NOEL D. COOPER
117 North Street, Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022


By:/s/Noel D. Cooper
   Noel D. Cooper
   State Bar No. 00796397
   noelcooper@noelcooper.com
   Attorney for April Allison Powers

**CERTIFICATE OF SERVICE**

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:          State of Texas
Lead attorney:  Carolyn Ann Gilcrease
Address of service:  101 W. Main, Nacogdoches, Texas 75961
Email Address:  cgilcrease@co.nacogdoches.tx.us
Method of service:        by electronic service
Date of service:  November 6, 2015


                            /s/Noel D. Cooper
                            Noel D. Cooper


**CERTIFICATE OF COMPLIANCE**

Pursuant to TEX. R. APP. P. 9.4(i)(3), I certify that this document is computer generated and contains 313 words based on a computer word count.


                            /s/Noel D. Cooper
                            Noel D. Cooper

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

November 6, 2015

Ms. Loretta Cammack
Nacogdoches County District Clerk
101 West Main Street
Nacogdoches, Texas 75961
**Via Hand Delivery**

RE.: Case No. 12-15-00237-CR, *April Allison Powers v. the State of Texas*, pending in the Twelfth Court of Appeals of Texas, *appealed from* Cause No. F1421312, *State of Texas v. April Allison Powers*, pending in the 145TH Judicial District Court of Nacogdoches County, Texas

Dear Ms. Cammack:

On September 16, 2015, Appellant, April Allison Powers, filed her *Written Designation Specifying Matters for Inclusion in Clerk's Record*. I have reviewed the *Clerk's Record* filed with the Court of Appeals and concluded that not all of the matters Appellant requested were included. Accordingly, pursuant to TEX. R. APP. P. 34.5(c), I am requesting that the *Clerk's Record* be supplemented with the following matters:

1.  Presentence Investigation Report (PSI) considered by Judge Cox at the June 12, 2015, sentencing hearing,

2.  The Request for Preparation of Reporter's Record and Designation of Matters to Be Included filed on September 16, 2015,

3.  The letter to Candace Parke filed on September 16, 2015,

4.  The letter to Candace Parke filed on November 6, 2015, and

5.  This letter.

I appreciate your time and attention to this matter.

Very truly yours,

Noel D. Cooper

cc: Nacogdoches County District Attorney

EXHIBIT A

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

November 6, 2015

Candace Parke
Official Court Reporter
145TH Judicial District Court
101 W. Main Street, Suite 223
Nacogdoches, Texas 75961
*Via Hand Delivery*

RE.: Case No. 12-15-00237-CR, *April Allison Powers v. the State of Texas*, pending in the Twelfth Court of Appeals of Texas, *appealed from* Cause No. F1421312, *State of Texas v. April Allison Powers*, pending in the 145TH Judicial District Court of Nacogdoches County, Texas

Dear Ms. Parke:

On September 16, 2015, Appellant, April Allison Powers, requested that you begin preparing the reporter's record in this matter. I have reviewed the *Reporter's Record* filed with the Court of Appeals and concluded that not all of the matters Appellant requested were included in the *Reporter's Record*. Accordingly, pursuant to TEX. R. APP. P. 34.6(d), I am requesting that the *Reporter's Record* be supplemented with the following matters:

- Presentence Investigation Report (PSI).

I appreciate your time and attention to this matter.

Very truly yours,

Noel D. Cooper

cc: Nacogdoches District Attorney

Nacogdoches County District Clerk

EXHIBIT B